| **Fill in this information to identify the case:** |
|---|
| Debtor 1    Robert M Bauer |
| Debtor 2    _____ <br>(Spouse, if filing) |
| United States Bankruptcy Court for the: Northern District of Illinois |
| Case number    21-04949 |

## Official Form 410S1
# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 6 2

**Date of payment change:** Must be at least 21 days after date of this notice    05/01/2023

**New total payment:** Principal, interest, and escrow, if any    $ 1,418.13

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☑ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   
   Current escrow payment: $ _____      New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☐ No
   - ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   
   Current interest rate: 10.25000 %      New interest rate: 11.25000 %
   
   Current principal and interest payment: $ 999.74      New principal and interest payment: $ 1,020.89

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   
   Reason for change: _____
   
   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Robert M Bauer | | Case number (if known) | 21-04949 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ **Aaron L. Nevel**
Signature

Date 04/10/2023

Print: Aaron L Nevel
       First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Law Offices of Ira T. Nevel, LLC

Address: 175 N. Franklin St., Ste. 201
Number  Street

Chicago        IL    60606
City           State ZIP Code

Contact phone (312) 357-1125

Email AaronN@nevellaw.com

Case No: 21-04949

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 04/10/2023

Chapter 13 Trustee: Thomas H. Hooper

Trustee Address: Office of the Chapter 13 Trustee 55 E. Monroe St., Suite 3850 Chicago, IL 60603

Trustee Email:

Debtor's Counsel Name: Daniel J Winter

Debtor's Counsel Address: Law Offices Of Daniel J Winter 3330 Old Glenview Road Suite 16 Wilmette, IL 60091

Debtor's Counsel Email: djw@dwinterlaw.com

Debtor 1 Name: Robert M Bauer

Debtor 2 Name

Debtor's Mailing Address: 11600 S LeClaire Ave Alsip, IL 60803

Debtor Email:

/s/ Aaron L. Nevel

 

March 31, 2023

ROBERT M BAUER
11600 S LECLAIR
ASLIP, IL 60803

**Account Number:** 
**Property Address:** 11600 S LECLAIRE AVENUE
ALSIP, IL 60803

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 05/01/2023.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 6 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 03/01/1998 and may change every 6 month(s) for the life of the mortgage. The rate is scheduled to change again on 09/01/2023 with a corresponding payment change on 10/01/2023.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
| --- | --- | --- |
| Interest Rate | 10.25000% | 11.25000% |
| Principal | $626.22 | $616.80 |
| Interest | $373.52 | $404.09 |
| Escrow (Taxes & Insurance) | $424.71 | $397.24 |
| **Total Monthly Payment** | $1,424.45 | $1,418.13 Due 05/01/2023 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 5.10043% and the margin is 6.65000%. The index is the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE and is published MONTHLY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 16.25000% or less than 10.25000% over the life of the loan.

The rate can change each subsequent period by no more than 1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE, the margin, rounding of 0.12500%, the account balance of $43,103.42, and the remaining amortized loan term of 54 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

# U.S. Bankruptcy Court
# Northern District of Illinois (Eastern Division)
# Bankruptcy Petition #: 21-04949

|  |  |
|---|---|
| *Assigned to:* Honorable Judge Donald R Cassling | *Date filed:* 04/15/2021 |
| Chapter 13 | *Plan confirmed:* 07/15/2021 |
| Voluntary | *341 meeting:* 05/12/2021 |
| Asset | *Deadline for filing claims:* 06/24/2021 |
|  | *Deadline for filing claims (govt.):* 10/12/2021 |

| | |
|---|---|
| *Debtor 1* | represented by **Daniel J Winter** |
| **Robert M Bauer** | Law Offices Of Daniel J Winter |
| 11600 S LeClaire Ave | 3330 Old Glenview Road |
| Alsip, IL 60803 | Suite 16 |
| COOK-IL | Wilmette, IL 60091 |
| SSN / ITIN: xxx-xx-6494 | 312-427-1613 |
| *dba* **Specialty Landscaping** | Fax : 312-489-2277 |
| | Email: djw@dwinterlaw.com |

*Trustee*
**M.O. Marshall**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900
*TERMINATED: 09/30/2021*

*Trustee*
**Thomas H. Hooper**
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Suite 3850
Chicago, IL 60603
312-294-5900

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 09/15/2022 | 28 (3 pgs; 2 docs) | Notice of Motion and Motion to Dismiss Debtor for Failure to Make Plan Payments Filed by Thomas H. Hooper Hearing scheduled for 10/6/2022 at 9:15 AM at Appear Using Zoom for Government - Judge Cassling. (Attachments: # 1 Proposed Order) (Hooper, Thomas) (Entered: 09/15/2022) |

| | | | |
|---|---|---|---|
| 10/04/2022 | ⬤ [29](#)<br>(1 pg) | | Notice of Objection Filed by Daniel J Winter on behalf of Robert M Bauer (RE: [28](#) Motion to Dismiss for Failure to Make Plan Payments). (Winter, Daniel) (Entered: 10/04/2022) |
| 10/06/2022 | ⬤ 30 | | (E)Hearing Continued (RE: [28](#) Dismiss for Failure to Make Plan Payments). hearing scheduled for 11/03/2022 at 10:00 AM at Appear Using Zoom for Government - Judge Cassling.. Signed on 10/06/2022. (Rodriguez, Shanda) (Entered: 10/06/2022) |
| 11/03/2022 | ⬤ 31 | | (E)Order Withdrawing Motion to Dismiss for Failure to Make Plan Payments (Related Doc # [28](#) ). Signed on 11/03/2022. (Rodriguez, Shanda) (Entered: 11/03/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/05/2023 15:14:11 | | | |
| **PACER Login:** | nevel175 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 21-04949 Fil or Ent: filed From: 4/5/2022 To: 4/5/2023 Doc From: 0 Doc To: 99999999 Term: included Links : included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# Northern District of Illinois
# Claims Register

## [21-04949 Robert M Bauer](#)

| | |
|---|---|
| **Honorable Judge:** Donald R Cassling | **Chapter:** 13 |
| **Office:** Eastern Division | **Last Date to file claims:** 06/24/2021 |
| **Trustee:** Thomas H. Hooper | **Last Date to file (Govt):** 10/12/2021 |

---

*Creditor:* (29356011)  
Commonwealth Edison Company  
Attn: Bankruptcy Department  
1919 Swift Drive  
Oak Brook, IL 60523

**Claim No: 1**  
*Original Filed Date*: 05/06/2021  
*Original Entered Date*: 05/06/2021

*Status:*  
*Filed by:* CR  
*Entered by:* Sabrina Y Copeland  
*Modified:*

Amount claimed: $1975.16

*History:*

Details    1-1    05/06/2021 Claim #1 filed by Commonwealth Edison Company, Amount claimed: $1975.16 (Copeland, Sabrina)

*Description:*  
*Remarks:*

---

*Creditor:* (29392963)  
Nicor gas  
Po box 549  
Aurora, IL 60507

**Claim No: 2**  
*Original Filed Date*: 06/09/2021  
*Original Entered Date*: 06/09/2021

*Status:*  
*Filed by:* CR  
*Entered by:* Veronica Frank  
*Modified:*

Amount claimed: $567.55

*History:*

Details    2-1    06/09/2021 Claim #2 filed by Nicor gas, Amount claimed: $567.55 (Frank, Veronica)

*Description:*  
*Remarks:*

---

*Creditor:* (29410346)  
The Bank of New York Mellon  
c/o Select Portfolio Servicing, Inc.  
P.O. Box 65250  
Salt Lake City, UT 84165-0250

**Claim No: 3**  
*Original Filed Date*: 06/24/2021  
*Original Entered Date*: 06/24/2021  
*Last Amendment Filed*: 08/23/2021  
*Last Amendment Entered*: 08/23/2021

*Status:*  
*Filed by:* CR  
*Entered by:* Timothy R Yueill  
*Modified:*

Amount  claimed: $65782.60  
Secured claimed: $65782.60

*History:*

[Details]   3-1   06/24/2021 Claim #3 filed by The Bank of New York Mellon, Amount claimed: $65782.60 (Yueill, Timothy)

         doc   08/11/2021 Notice of Mortgage Payment Change (Claim # 3) Filed by Timothy R Yueill on behalf of The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3. (Yueill, Timothy)

[Details]   3-2   08/23/2021 Amended Claim #3 filed by The Bank of New York Mellon, Amount claimed: $65782.60 (Yueill, Timothy)

         doc   02/09/2022 Notice of Mortgage Payment Change (Claim # 3) Filed by Timothy R Yueill on behalf of The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3. (Yueill, Timothy)

         doc   03/02/2022 Notice of Mortgage Payment Change (Claim # 3) Filed by Timothy R Yueill on behalf of The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3. (Yueill, Timothy)

         doc   08/11/2022 Notice of Mortgage Payment Change (Claim # 3) Filed by Timothy R Yueill on behalf of The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3. (Yueill, Timothy)

         doc   12/16/2022 Notice of Mortgage Payment Change (Claim # 3) Filed by Timothy R Yueill on behalf of The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3. (Yueill, Timothy)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (29441137)<br>Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | **Claim No: 4**<br>*Original Filed Date*: 07/22/2021<br>*Original Entered Date*: 07/22/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPoc ADI<br>*Modified:* |

 Amount claimed: $11878.35
 Priority  claimed: $10180.06

*History:*

[Details]   4-1   07/22/2021 Claim #4 filed by Illinois Department of Revenue, Amount claimed: $11878.35 (ADI, EPoc)

*Description:*

*Remarks:* (4-1) Account Number (last 4 digits):6494 Filer Comment: Individual Income Taxes

| | | |
|---|---|---|
| *Creditor:*   (29441137)<br>Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | **Claim No: 5**<br>*Original Filed Date*: 07/22/2021<br>*Original Entered Date*: 07/22/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPoc ADI<br>*Modified:* |

 Amount claimed: $5007.44
 Priority  claimed: $4129.97

*History:*

[Details]   5-1   07/22/2021 Claim #5 filed by Illinois Department of Revenue, Amount claimed: $5007.44 (ADI, EPoc)

*Description:*

*Remarks:* (5-1) Account Number (last 4 digits):6494 Filer Comment: Withholding

| | | | |
|---|---|---|---|
| Creditor: (29456108)<br>Illinois Department of Employment Security<br>33 S. State Street 10th FL<br>Chicago, IL 60603 | **Claim No: 6**<br>*Original Filed Date:* 08/03/2021<br>*Original Entered Date:* 08/03/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPoc ADI<br>*Modified:* | |

Amount claimed: $6432.64
Secured claimed: $203.94
Priority claimed: $222.46

*History:*

[Details]  [6-1]  08/03/2021 Claim #6 filed by Illinois Department of Employment Security, Amount claimed: $6432.64 (ADI, EPoc)

*Description:*
*Remarks:* (6-1) Account Number (last 4 digits):3429

| | | | |
|---|---|---|---|
| Creditor: (29325676)<br>IRS- Notice<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 7**<br>*Original Filed Date:* 09/01/2021<br>*Original Entered Date:* 09/01/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Bruce Hayes<br>*Modified:* | |

Amount claimed: $90444.11
Secured claimed: $0.00
Priority claimed: $49512.67

*History:*

[Details]  [7-1]  09/01/2021 Claim #7 filed by IRS- Notice, Amount claimed: $90444.11 (Hayes, Bruce)

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Robert M Bauer
**Case Number:** 21-04949
**Chapter:** 13
**Date Filed:** 04/15/2021
**Total Number Of Claims:** 7

| | |
|---|---|
| **Total Amount Claimed*** | $182087.85 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $65986.54 | |
| **Priority** | $64045.16 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/05/2023 15:15:44 | | | |
| **PACER Login:** | nevel175 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 21-04949 Filed or Entered From: 1/1/1900 Filed or Entered To: 4/5/2023 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**Fill in this information to identify the case:**

Debtor 1 Robert M Bauer

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   Northern District Of Illinois

Case number 21-04949

Official Form 410S1

# Notice of Mortgage Payment Change                                                              12/15

If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3

**Court claim no. (if known):** 3

**Last four digits** of any number you use to identify the debtor's account: 4762

**Date of payment change:** 10/01/2022
Must be at least 21 days after date of this notice

**New total payment:**    $ 1424.45
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____                New escrow payment: $ _____

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  10.25000 %          New interest rate:   10.25000 %

   Current principal and interest payment: $ 999.75   New principal and interest payment: $ 999.74

Official Form 410S1              **Notice of Mortgage Payment Change**                          page 1

Debtor 1 <u>Robert M Bauer</u>    Case Number (*If known*):21-04949
    First Name   Middle Name   Last Name

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No

☐ Yes. Attach a copy of any documents descr bing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Aaron L. Nevel    Date 08/11/2022
Signature

**Print:** Aaron    L    Nevel    Title Attorney for Creditor
    First Name   Middle Name   Last Name

Company: Law Offices of Ira T. Nevel, LLC

Address: 175 N. Franklin St., Suite 201
    Number   Street

Chicago    IL    60606
City    State    Zip Code

Contact phone: 312-357-1125    Contact Email: AaronN@nevellaw.com

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 08/11/2022

Chapter 13 Trustee: Thomas H. Hooper

Trustee Address: Office of the Chapter 13 Trustee 55 E. Monroe St., Suite 3850 Chicago, IL 60603

Trustee Email:

Debtor's Counsel Name: Daniel J Winter

Debtor's Counsel Address: Law Offices Of Daniel J Winter 3330 Old Glenview Road Suite 16 Wilmette, IL 60091

Debtor's Counsel Email: djw@dwinterlaw.com

Debtor 1 Name: Robert M Bauer

Debtor 2 Name

Debtor's Mailing Address: 11600 S LECLAIRE AVENUE ALSIP Illinois 60803

Debtor Email:

_/s/ Aaron L. Nevel



Sign up for paperless delivery at www.spservicing.com

Paperless

August 8, 2022

ROBERT M BAUER
11600 S LECLAIR
ASLIP, IL 60803

**Account Number:**
**Property Address:**     11600 S LECLAIRE AVENUE
                          ALSIP, IL 60803

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 10/01/2022.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 6 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 03/01/1998 and may change every 6 month(s) for the life of the mortgage. The rate is scheduled to change again on 03/01/2023 with a corresponding payment change on 04/01/2023.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 10.25000% | 10.25000% |
| Principal | $595.07 | $600.14 |
| Interest | $404.68 | $399.60 |
| Escrow (Taxes & Insurance) | $424.71 | $424.71 |
| **Total Monthly Payment** | $1,424.46 | $1,424.45 Due 10/01/2022 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 3.32986% and the margin is 6.65000%. The index is the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE and is published MONTHLY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 16.25000% or less than 10.25000% over the life of the loan.

The rate can change each subsequent period by no more than 1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE, the margin, rounding of 0.12500%, the account balance of $46,782.05, and the remaining amortized loan term of 60 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**